**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANET HOYT,

    Plaintiff,

v.                                                                 Case No:   6:23-cv-371-RBD-DCI

ULTA SALON, COSMETICS &
FRAGRANCE, INC.,

    Defendant.

---

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement filed on April 10, 2023 (Doc. 22), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 11, 2023.

ROY B. DALTON JR.
United States District Judge